UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AARON MICHAEL JONES,

    Plaintiff,

v.                                            Case No. 5:11-cv-520-Oc-30TBS

FCC COLEMAN, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Plaintiff initiated this case by filing a prisoner *pro se* civil rights complaint. (Doc. 1). However, Plaintiff failed to pay the required filing fee or file a request to proceed as a pauper within thirty (30) days of the commencement of the case. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this case is dismissed without prejudice. See also 28 U.S.C. § 1914(a).

If Plaintiff decides to initiate a case, he must, within thirty days of the commencement of the new case, pay the required filing fee or file a request to proceed as a pauper. The Clerk is directed dismiss this case without prejudice, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 4, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE